UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO: |
| v. | ) | |
| | ) | |
| CHRISTOPHER H. CANNON | ) | 18 U.S.C. § 472 |
| | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or around June 10, 2010, in the Northern District of Indiana,

**CHRISTOPHER H. CANNON,**

defendant herein, did knowingly and with intent to defraud pass falsely made and counterfeit obligations of the United States, to wit : Federal Reserve Notes in the denomination of fifty ($50.00) dollars, with the intent that the same be passed and used as true and genuine United States currency.

All in violation of the United States Code, Title 18, Section 472.

A TRUE BILL:

S/FOREPERSON
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By:   S/Randall Stewart
      Randall Stewart
      Assistant United States Attorney