# Affidavit of Denial of Corporation Existence

I **Christopher H. Cannon: Bey,** a living, breathing full liability man, hereby declare in my own handwriting that the following facts are true and correct to the best of my knowledge and belief.

I hereby deny that the following corporations exist: **THE UNITED STATES, THE STATE OF INDIANA, THE COUNTY OF LAKE, THE CITY OF GARY, THE GARY POLICE DEPARTMENT, CITY OF GARY, GARY POLICE DEPARTMENT, CRIMINAL DIVISION GARY CITY COURT OF LAKE, INDIANA, 555 POLK STREET, GARY, INDIANA, OFFICERS OR QUASI OFFICERS, ALL BAR ASSOCIATIONS, ALL OTHER PERSONS ACTING IN THE NAME OF, OR ARE CONNECTED ANYWAY TO ANY OTHER CORPORATION(S).**

AND ALL OTHER CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY.

_____

Christopher H. Cannon: Bey, American National

All Rights Reserved

On **April 13, 2011** (a man/woman by the name of **Christopher H. Cannon-Bey** Appeared before me, a notary, and attested to the truth of this Affidavit with his signature, as verified hereon.

State: **IN**

County: **Lake**

**Notary Seal**

**Signature of Notary:** _____

**Sworn Before Me on** 4-13-2011

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION PROCLAMATION AND PUBLICATION

I, Christopher:H.Cannon-Bey, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, CHRISTOPHER H. CANNON, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Chrisopher:H.Cannon-Bey, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials:  AA 222141- **TRUTH A-1**
3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State
4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).
5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),
6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].
7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I,** Christopher:H.Cannon-Bey, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

**I Am:** _Christopher H. Cannon - Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H

STATE OF _IN_
COUNTY OF _Lake_

Sworn to (or affirmed) and subscribed before me this 20th day of May, 2011, by _Christopher H. Cannon-Bey_

_Renee A. Long_ Renee A. Long
Notary Public's Signature / Notary Name
Personally Known ____ OR
Type of Identification Produced _DL_

my comm exp 6/30/2017

  

# Affidavit Of Fact

## Averment Of Jurisdiction
For The Record, To Be Read Into The Record

This is a formal Request and Demand for (UNITED STATES) DISTRICT COURT to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

2-11CR16



( 7 )



MOORISH CONSULATE POST
SUITE 3100 200 SOUTH WACKER DR. - CHICAGO, ILLINOIS 60606 - (312)242-3991

| OFFICIAL | | CLASSIFICATIONS |
|---|---|---|
| **Prophet Nobel Drew Ali** | MOORISH SCIENCE TEMPLE OF AMERICA | National Archives |
| **Moorish Consulate Post** | HOLY PROPHET NOBLE DREW ALI | Group 147, BK.521 |
| **Ecclesiatical District 1** | | File 5-39 DEPARTMENT |
| **North West Amexem** | **AFFIDAVIT** | OF DEFENSE file 1-17 |

Now comes Christoper H. Cannon-Bey for the record I have proclaim my nationality and my free national name in the Moorish Science Temple of America No.11 located at 355 South Cicero Chicago,Illinois 60644.My status and classification fall under Document 10105905 Form 1099 Bk.521 Pg.579 recorded in the Cook County Recorder of Deeds August 01,1928 the title of the 1928 Vaste Estate Express Trust in Fee Simple Absolute,National Archives Record Group 147,Copy book 521,File 5-39,U.S.Department of Defense File 1-17 and U.S. Department of Justice file no.:BM:$HR:WD:144-35-0 under this Status and Classification this Honoralble Court has no claim and title to my person.I understand that the NORTHERN DISTRICT OF INDIANA has file a FORM 4 BENEFICIAL OWNERSHIP STATEMENT with the UNITED STATES EXCHANGE COMMISSION VIA THE EDGAR FILING COMPANY this document denotes involuntary slavery the statue regarding this matter fall under I.R.S CODES according to my status under 52-1147644 tax exemption Im not subject to pay taxes or any I.R.S CODES.

_____ notary public    Christopher H. Cannon-Bey

Dated 5/30/2011
my comm up 6/30/2017    Marul A. Walton-El

Drew Ali
Drew Ali

  

# AFFIDAVIT OF TRUTH

(Exercise of Constitution – Secured Right)

### FEDERAL JURISDICTION

It is further relevant to this Affidavit that any violation of my Rights, Freedom, or Property by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My overstanding is that the jurisdiction of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:

> "The Congress shall have the power . . . To exercise <u>exclusive legislation</u> in <u>all cases whatsoever</u>, <u>over such district (NOT EXCEEDING TEN MILES SQUARE)</u> as may, by cession of particular states and the acceptance of Congress, become <u>the seat of the Government of the United States,</u> [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And - To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers..." [emphasis added]

*and* Article IV, Section 3, Clause 2:

> "The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

The definition of the "United States" being used here, then, is limited to its **territories**:

1) The District of Columbia
2) Commonwealth of Puerto Rico
3) U.S. Virgin Islands
4) Guam
5) American Samoa
6) Northern Mariana Islands
7) Trust Territory of the Pacific Islands
8) Military bases within the several states
9) Federal agencies within the several states

It does **not** include the several states **themselves**, as is confirmed by the following cites:

> "We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a Citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other." Slaughter House Cases **United States vs. Cruikshank**, 92 U.S. 542 (1875).

> "THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris Sec**. §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

This is further confirmed by the following quote from the Internal Revenue Service:

> Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa." - Internal Revenue Code Section 312(e).

In **legal** terminology, the word **"includes"** means **"is limited to."**

When referring to this "District" United States, the Internal Revenue Code uses the term **"WITHIN"** the United States. When referring to the several States, the Internal Revenue Code uses the term **"WITHOUT"** the United States.

Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few federal territory areas above indicated. For example, in two Supreme Court cases, it was decided:

> "The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government," **Caha v. United States**, 152 U.S., at 215.

> "We think a proper examination of this subject will show that the United States never held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which Indiana or any of the new States were formed..."

> "[B]ecause, the United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted..."

> "Indiana is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law," **Pollard v. Hagan**, 44 U.S. 221, 223, 228, 229.

Likewise, Title 18 of the United States Code at §7 specifies that the "territorial jurisdiction" of the United States extends only **outside** the boundaries of lands belonging

to any of the several States.

**Therefore**, in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner without my fully informed and uncoerced consent, likewise, no federal statutes or regulations apply to me or have any jurisdiction over me. I hereby affirm that I do not reside or work in any federal territory of the "District" United States, and that therefore no U.S. federal government statutes or regulations have any authority over me.

## POWERS AND CONTRACTUAL OBLIGATIONS OF UNITED STATES AND STATE GOVERNMENT OFFICIALS

All United States and State government officials are hereby put on notice that I expect them to have recorded valid Oaths of Office in accordance with the U.S. Constitution, Article VI:

> "The Senators and Representatives before mentioned, and the members of the several State Legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution..."

I understand that by their Oaths of Office all U.S. and State government officials are contractually bound by the U.S. Constitution as formulated by its framers, and not as "interpreted," subverted, or corrupted by the U.S. Supreme Court or other courts.

According to the Ninth Amendment to the U.S. Constitution:

> "The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."

and the Tenth Amendment to the U.S. Constitution:

> "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

Thus, my understanding from these Amendments is that the powers of all U.S. and State government officials are limited to those specifically granted by the U.S. Constitution.

I further understand that any laws, statutes, ordinances, regulations, rules, and procedures contrary to the U.S. Constitution, as written by its framers, are null and void, as expressed in the Sixteenth American Jurisprudence Second Edition, Section 177:

> "The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows:
>
> 'The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any

purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. <u>An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed</u>. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted.'

'Since an unconstitutional law is void, the general principles follow that <u>it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it</u>...'

'A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby.'

'<u>No one is bound to obey an unconstitutional law</u> and no courts are bound to enforce it.'" A law which authorizes the taking of private property without compensation cannot be considered as due process of law in a free government. '(Chicago etc, R.R. Co. V. Chicago, 166 U.S. 226,

and as expressed once again in the U.S. Constitution, Article VI:

"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

All U.S. and State government officials are therefore hereby put on notice that any violations of their contractual obligations to act in accordance with their U.S. Constitution, may result in prosecution to the full extent of the law, as well as the application of all available legal remedies to recover damages suffered by any parties damaged by any actions of U.S. and State government officials in violation of the U.S. Constitution.

## REVOCATION OF POWER OF ATTORNEY

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future.

**Take Notice** that I also revoke, cancel, and make void <u>ab initio</u> all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public,

governmental entities or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

### Amendment IX

" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* **Miranda v. Arizona 384 US 436, 125:**

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Truth' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Truth' and Evidence.

I am: Christopher H. Cannon-Bey

(Christopher:Cannon-Bey ), proper personia
Ex Relatione (CHRISTOPHER CANNON)
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Indiana Territory
P.O. Box 1258
[Zip Exempt]
Non-Domestic

STATE OF Indiana
COUNTY OF Lake

Sworn to (or affirmed) and subscribed before me this 20th day of May, 2011, by Christopher H. Cannon-Bey

_____ Renee A. Long
Notary Public's Signature    Notary Name
Personally Known _____ OR
Type of Identification Produced DL

my comm 6/30/2017