From:   CHRISTOPHER HEWIT CANNON, ESTATE
        Executor office.
        General post-office.
        PO BOX 1258
        Gary Territory, Indiana Republic
        Near. |46407|

Date: August 11, 2011

To:     Steve Ludwig
        CLERK OF THE UNITED STATES DISTRICT COURT
        5400 Federal Plaza
        Hammond, Indiana 46320

Re:     US DISTRICT COURT NO. 2-11CR16

ATTN:  STEVE LUDWIG

Enclosed please find a copy International Promissory Note No. 1458 for Account Number 2-11CR16. The payment amount of the Note is One Million Dollars.

This International Promissory Note - Check # 1458 is tendered under the UNCITRAL Convention of 1988 and issued by the Executor of CHRISTOPHER H. CANNON ESTATE. Please hold this International Promissory Note as an asset on the account. Any overpayment amount should be applied to the Account as such.

The Promissory Note shall become fully due and payable on the 29th day of the month of February, in the year of 2032. Place of payment for the Instrument shall be at Gary Territory, Indiana Republic at the address of the Payer. Please take care to hold and protect this asset to your company. This is an Executor Order from the CHRISTOPHER HEWIT CANNON, ESTATE.

                                        Govern yourselves accordingly.

                                        Sincerely,

                                        *Christopher H. Cannon-Bey* (signature)
                                        Christopher H. Cannon-Bey, Executor
                                        CHRISTOPHER HEWIT CANNON, ESTATE