**INTERNATIONAL** PROMISSORY NOTE (UNCITRAL Convention) of December 8, 1988 A.C.E. (After Common Era); PURSUANT TO AND IN ACCORDANCE WITH FINAL ARTICLES OF THE UNCITRAL CONVENTION IN EFFECT ON THE DATE HEREOF. REF: Ratified Convention Articles 1-7, 11 12, 13, 46-3, 47-4(c), 51, Public Law: 73-10, Public Law: Chap. 48, 48 Stat. 112 & HJR 192 of June 5, 1933. For International / Interstate and Cross-Border Transactions.

ORIGINAL BANKABLE PAPER

AutoTRIS 329664264/ CUSIP 329664264/ SSN

Date of Issuance:    August 18, 2011          Check # 1458

*This International Promissory Note is payable under the UNCITRAL Convention on International Bills of Exchange and Promissory Notes of December 1, 1994. Drawn at Gary Territory, Indiana Republic, united States of America.*

Payer:  CHRISTOPHER H. CANNON, ESTATE
        P.O. BOX 1258
        Near Gary Territory, Indiana Republic

Pay this International Promissory Note under the UNCITRAL Convention to the Order of the following:

Payee:  UNITED STATES DISTRICT COURT
        5400 FEDERAL PLAZA
        HAMMOND, IN 46320

Amount: US $1,000,000.00 (One Million Dollars 00/100)

Pay Order Memo: US DISTRICT COURT NO. 2-11CR16

*This International Promissory Note is legal tender to be held by the Payee as an asset to credit and offset the balance of any outstanding amount on the above account. Note will become unconditionally due and payable on or after the 29th Day of the month of February, in the year of 2032. Credit the above account in the stated amount of this International Promissory Note. The legal holder or payee of this International Promissory Note shall present the same for payment at the Payer's Address after or on the date the Note becomes payable.*

_Christopher H. Cannon-Bey_           8-22-11
Christopher H. Cannon-Bey, Executor at Gary Territory        Date
As Good as Aval, Without Recourse