1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
2                        HAMMOND DIVISION

3

4

5   UNITED STATES OF AMERICA,

6       vs.                              2:11-CR-16

7   CHRISTOPHER H. CANNON-BEY,

8       Defendant.

9

10

11

12                  TRANSCRIPT OF STATUS HEARING

13           BEFORE THE HONORABLE JOSEPH VAN BOKKELEN

14                  UNITED STATES DISTRICT JUDGE

15                      HAMMOND, INDIANA

16                     NOVEMBER 15, 2011

17

18

19  Court Reporter:          Richard D. Ehrlich, RMR, CRR
                             Official Court Reporter
20                           United States District Court
                             5400 Federal Plaza, Suite 4082
21                           Hammond, IN 46320
                             (219) 852-6557
22

23

24  Proceedings reported by stenotype.  Transcript produced by

25  computer-aided transcription.

```
 1                      A P P E A R A N C E S

 2

 3    FOR THE GOVERNMENT:

 4            Randall M. Stewart
              U.S. Attorney's Office
 5            5400 Federal Plaza, Suite 1500
              Hammond, IN 46320
 6            (219) 937-5500

 7

 8    FOR THE DEFENDANT:

 9            Jerome T. Flynn
              Federal Community Defenders, Inc.
10            31 Sibley Street
              Hammond, IN 46320
11            (219) 937-8020

12

13    Christopher Cannon-Bey, Defendant, present in person.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  This is the case of the United States of
 2   America against Christopher H. Cannon.  Hammond Criminal Number
 3   2:11-CR-16.  Mr. Cannon is in the courtroom with his lawyer
 4   Jerry Flynn.  The Government is represented by Assistant United
 5   States Attorney Randy Stewart.
 6        Mr. Cannon, how are you feeling today?
 7              THE DEFENDANT:  First of all, for the record, Your
 8   Honor, my name is Cannon-Bey.  My status is sui juris.  I'm a
 9   free white person de jure male Moor.  I am the public minister
10   to the Morris National Government, and I am here today in
11   propria persona.  I question the jurisdiction of the subject
12   matter of this Court for I am protected by Article VI of the
13   United States Constitution and the Peace and Friendship Treaty
14   of 1787.
15              THE COURT:  As things stand right now, the jury trial
16   on the charges against Mr. Cannon -- and the reason I'm saying
17   that, that's how it's set forth in the indictment.  I
18   understand what your position is.  I understand it very well,
19   and I appreciate that.  But --
20              THE DEFENDANT:  Okay.  Well, for the record, I would
21   prefer -- I will formally request and demand that the Court
22   refer to me by my name, which is Cannon-Bey.
23              THE COURT:  Cannon-Bey?
24              THE DEFENDANT:  Yes, sir.
25              THE COURT:  I will do that.
```

1        So let me start back the first question.  Mr. Cannon-Bey,

2   how are you feeling today?

3            THE DEFENDANT:  I'm okay, sir.  How are you?

4            THE COURT:  I'm doing very fine.  Thank you.

5        There's a trial set in this matter set for December 7,

6   2011, at 10:00 a.m.

7            THE DEFENDANT:  I must object to that, Your Honor.

8   When there's no proper jurisdiction of venue, no legal or

9   lawful trial can be held.  All rights revert back to the

10  people's sovereign government with sovereign authority.  This

11  is what Certificate 88222141 clearly shows its purpose.  When

12  government officials supersede their jurisdiction or deny

13  lawful due process, redress, recourse, or --

14           THE COURT:  You have to go a little bit slower if you

15  want him to pick that up.  Just slow it down a little bit.

16           THE DEFENDANT:  Okay.  You want me to start over?

17           THE COURT:  Start wherever you want to, but you just

18  have to go slower.

19           THE DEFENDANT:  When there's no proper jurisdiction

20  of venue, no legal or lawful trial can be held.  All rights

21  revert back to the people of sovereign government with

22  sovereign authority.  This is what Certificate 88222141 clearly

23  shows its purpose.  When government officials supersede their

24  jurisdiction or deny lawful due process, redress, recourse, or

25  ruling of law, then they are the true criminals and are

1   traitors to the Constitution and to the treaties in which they

2   are bound by law in which they derive any power or authority at

3   all.

4        The Supreme Court has stated no state legislature,

5   executive, or judicial officer can war against the Constitution

6   without violating his undertaking to support it.  *Cooper vs.*

7   *Aaron*, 358 U.S. 1, 78 S.Ct. 1401.

8        The judge must also fully comply to the Constitution or

9   his orders are void.  He has no jurisdiction and has engaged in

10  the act or acts of treason.  In re: Sawyer, 124 U.S. 200;

11  therefore, I formally request and demand for a direct acquittal

12  and immediate dismissal on the grounds of lack of jurisdiction

13  of subject matter.

14           THE COURT:  Okay.  And that motion will be denied.

15       I've reviewed the forensic report that states that

16  Mr. Cannon-Bey is neither delusional and is competent to stand

17  trial; however, I understand that your relationship with

18  Mr. Flynn, I guess I'm making an understatement, is somewhat

19  rocky.  Would that be correct?

20           THE DEFENDANT:  He's not my attorney and cannot speak

21  for me.  As I stated, I am here today in propria persona, sir.

22  I am not here in pro se.  I am the public minister of the

23  Moorish National Government.  According to the Constitution,

24  this Court is the wrong venue, and the Court of the -- the

25  Supreme Court holds original jurisdiction.  The Article III of

1   the Constitution states that the judicial powers shall extend

2   to all cases in law and equity arising under this Constitution.

3   The laws of the United States and the treaties made --

4            THE COURT:  You got to slow down a little bit if you

5   want the court reporter to get this.

6            THE DEFENDANT:  Okay.  The laws of the United States

7   and the treaties made, and which shall be made under their

8   authority; to all cases affecting ambassadors, others public

9   ministers and consuls; to all cases of admiralty and maritime

10  jurisdiction; to controversies in which the United States shall

11  be a party; to controversies between two or more states;

12  between the state and citizens of another state; between

13  citizens of different states; between citizens claiming the

14  same lands under grants of different states; between a state

15  and citizens thereof and foreign states citizens and subjects.

16      In all cases affecting ambassadors, other public ministers

17  and consuls, in which a state shall be a party, the Supreme

18  Court shall have original jurisdiction.  In all other cases

19  before mentioned, the Supreme Court shall have appellate

20  jurisdiction, both as to law and fact, under such regulations

21  in which Congress shall make; therefore, jurisdiction cannot be

22  sustained by a lower court.  It cannot entertain or decide

23  claims of conflict in federal law, state law.  *Hagans vs.*

24  *Lavine*.  Therefore, a Court that enforces mere statutes cannot

25  act judiciously, only ministerially, because it has no judicial

1   immunities unlike a court of law.  It cannot obtain

2   jurisdiction through services of process, arrest, nor compel

3   the appearance.  *Boswell vs. Otis*, 9 How. 336, 348, to wit;

4   therefore, I formally request and demand for a direct acquittal

5   and immediate dismissal on the grounds of lack of

6   jurisdictional subject matter.

7           THE COURT:  As I said, that motion has been ruled

8   upon, and it's been denied.

9       Mr. Cannon-Bey, I accommodated you by calling you by the

10  name you choose to be called, Cannon-Bey.  Would you

11  accommodate me just a little bit as we go through this process?

12          THE DEFENDANT:  Yes, sir.  But I will --

13          THE COURT:  I understand your position, and I

14  disagree with it, but I understand your position.  But at this

15  point, as I indicated, I've overruled your -- I've denied your

16  motion, and I need to move forward in this hearing today.

17          THE DEFENDANT:  Excuse me, Your Honor.  Actually,

18  that's not a motion that I'm asking you to agree to, but I am

19  simply stating my rights as an American citizen under the

20  Constitution and treaties of the United States, which I am

21  protected by, and this -- the whole proceeding is a violation

22  under the 11th Amendment and Title 18, Subsection 1001.  It

23  falls under fraud.  Also, it is a violation under Title 18,

24  Subsection 241 and 242, conspiracy against rights and the

25  practice of color of law.  I am not a 14th Amendment Negro,

1    colored black, or African-American citizen but an American

2    citizen of the Continental United States, sir.  And I have

3    certain rights and privileges that are secured to me by the

4    Constitution, Article VI, and the treaties of the United

5    States.

6              THE COURT:  Do you want the Court to appoint another

7    attorney for you?

8              THE DEFENDANT:  Sir, I'm here in propria persona.  I

9    would not need the assistance of any attorneys.  I do not wish

10   to contract with your corporation at all.

11             THE COURT:  Do you want to proceed without an

12   attorney?

13             THE DEFENDANT:  Sir, I formally request and demand

14   for a direct acquittal and immediate dismissal on the grounds

15   that this Court has the wrong jurisdiction.  It has no personal

16   jurisdiction in this matter.  It has no subject jurisdiction,

17   and it is the wrong venue under the Constitution of the United

18   States.

19             THE COURT:  I assume the answer to the question is

20   you want to proceed without an attorney?

21             THE DEFENDANT:  I do not wish to proceed at all.  I

22   wish to have this matter dismissed and to be set at my

23   liberties immediately, sir, under the grounds of the

24   Constitution and the laws of the United States, which I am

25   protected by.

1          THE COURT:  Do you understand that you have a right

2    to an attorney to represent you during all proceedings in this

3    case?

4          THE DEFENDANT:  I understand that the Supreme Court

5    has stated that no Court -- a Court must prove jurisdiction

6    over the person and jurisdiction over the matter before it

7    proceeds, and it must do so on the record; if it does not, it

8    must dismiss the matter.  *Louisville RR v. Mottley*.

9       Sir, the --

10         THE COURT:  Understand, you can take an appeal -- the

11   Court's denied that motion --

12         THE DEFENDANT:  As I was saying --

13         THE COURT:  -- or your request, and the Court finds

14   it has jurisdiction.  But you can take that appeal -- you can

15   raise that on appeal depending what happens in this case.  So

16   you have -- that right's already preserved to you.

17         THE DEFENDANT:  Okay.

18         THE COURT:  What I'm trying to do is move forward so

19   you -- so we can conclude what we need to conclude in this

20   matter today.  And what I'm also asking you, you understand

21   that if you cannot afford an attorney, the Court will appoint

22   one for you, if you want an attorney appointed.  Do you

23   understand that?

24         THE DEFENDANT:  I object to that strongly, sir,

25   because it is a violation of my rights under the Constitution.

1        Do you have a copy of my treaty, of my constitution here

2   today, sir?

3            THE COURT:  I don't have it sitting in front of me,

4   but it's in the file.

5            THE DEFENDANT:  Okay.  You have that, then.  You can

6   go through my treaty and my Constitution.  You will see I have

7   not -- I've clearly not broken any laws today.

8            THE COURT:  Well, the jury will determine that.

9        Let me tell you -- also tell you this:  It's not a good

10  idea to represent yourself.  Do you understand that?

11           THE DEFENDANT:  I'm not representing myself, sir.

12  Where no provisions have been made to address foreign

13  relations, intercourse in a consular Court, as prescribed by

14  law, no jurisdiction exists.  A court of general sessions,

15  congressionally sanctioned, in nations, constitutions, and

16  treaties, consulars and officials representing both nations and

17  national, present and in propria persona will be proper

18  jurisdiction.  All parties will operate by de jure

19  Constitutional and treaty law; therefore, any Court that lacks

20  a personal jurisdiction is a Court with no power to issue in

21  persona judgment, *Pennoyer vs. Neff*, 95 U.S. 714, 24 L.Ed 565;

22  therefore, I formally request and demand for a direct acquittal

23  and immediate dismissal on the grounds of lack of

24  jurisdictional subject matter.

25       It is further relevant that any violation of my

1  property -- of my freedom, property, or rights by the United

2  States Government or any agents thereof will be illegal and

3  unlawful access clearly outside the limited boundaries of

4  federal jurisdiction.  It is my understanding that the

5  jurisdiction of the U.S. Federal Government is clearly defined

6  by Article I, Section 8, Clause 17, United States Constitution;

7  therefore, the laws of Congress and respect to those matters do

8  not extend to the territory limits of the states but only have

9  forth in the District of Columbia or other places that are in

10 the exclusive jurisdiction of the national government. *Caha*

11 *vs. United States*, 152 U.S. 215; therefore, the State of

12 Indiana is entitled to sovereignty and jurisdiction over all

13 the territory within our limits subject to common law. *Pollard*

14 *vs. Hagen*, 44 U.S. 221, 223, 228, and 229; therefore, I

15 formally request and demand for a direct acquittal and

16 immediate dismissal on the grounds of lack of jurisdictional

17 subject matter, sir.

18        THE COURT:  Do you understand that if you proceed

19 without a lawyer, you won't be prepared for many things that

20 will come up during trial, and you may waive those errors?  Do

21 you understand that?

22        THE DEFENDANT:  The Supreme Court has stated that

23 without proper jurisdiction, the Court cannot proceed at all in

24 any case.  Jurisdiction is power to declare the law, and

25 without it no jurisdiction exists.  The only function remaining

1    to the Court is that of announcing the fact and dismissing the

2    cause.  Ex parte: *McCardle vs. United States*.  My mouth is dry,

3    sir.  Ex parte McCardle.

4              THE COURT:  Have a drink of water.  We'll get it for

5    you.

6              THE DEFENDANT:  506, 514, 19 L.Ed 264; therefore, I

7    formally request and demand a direct acquittal and immediate

8    dismissal on the grounds of lack of jurisdiction over the

9    subject matter.  Thank you.

10             THE COURT:  I assume from what you're saying, at

11   least as I understand it, you want to present these issues on

12   your own.  You don't want the services of an attorney.  Is that

13   what you're saying?

14             THE DEFENDANT:  What I'm saying is that this Court

15   must prove jurisdiction over the person and jurisdiction over

16   the matter before it can proceed.  What I'm also saying is that

17   I have protections and immunities that are guaranteed to me

18   being an indigenous aboriginal of this land, being a sovereign

19   of this land, and under the Constitution and Treaty of 1787,

20   the Peace and Friendship Treaty of 1787 formed with the United

21   States.

22             THE COURT:  The Court, having ruled it has

23   jurisdiction -- and I understand you disagree with that.  All

24   I'm asking you is a very simple question.  It's within the

25   context of what you're saying.  It's your desire to present

1   these issues that you're presenting to the Court now, you want

2   to present them on your own without an attorney; is that

3   correct?  That's what I'm asking you.

4           THE DEFENDANT:  It is my standing that the Court must

5   prove jurisdiction before it can proceed.  Without proving

6   jurisdiction, the Court cannot proceed at all in any matter.

7           THE COURT:  Mr. Flynn, any comments?

8           MR. FLYNN:  No, Your Honor.

9           THE DEFENDANT:  Objection.

10      Your name Mr. Flynn?

11          MR. FLYNN:  Yeah.

12          THE DEFENDANT:  Mr. Flynn is not my attorney and

13  cannot speak for me.  If Mr. Flynn speaks here, he should state

14  who he is speaking for when he makes statements, and he should

15  also fill out an RS56 form showing that he's acting in a

16  judicial capacity, make a copy of it and give it to my family

17  so that they can mail me and to the IRS showing that he's

18  acting in a judicial capacity in this courtroom today.

19          THE COURT:  All I'm asking -- I asked if he had any

20  comments on any behalf.  His own behalf, actually.

21          THE DEFENDANT:  I would just like for him to state

22  who he's speaking for when you ask him that because he's not

23  speaking for me.

24          THE COURT:  He's speaking for himself.

25      Mr. Stewart, do you have any comments?

1              MR. STEWART:  Your Honor --

2              THE COURT:  This is on the issue of representation is

3    all we're talking about right now.

4              MR. STEWART:  I cannot see us proceeding before a

5    jury with this defendant representing himself.  I think the

6    Court must have some appointed counsel, or it would be a circus

7    that would be open-ended, and we'd never get to resolution.  So

8    I would ask that Mr. Flynn, as difficult a position as he's

9    been put in, or some other counsel who understands the law,

10   understands the Rules of Evidence, remain on this case.

11             THE DEFENDANT:  Objection.  Mr. Flynn has not been

12   put on my case.  He has no contract bearing my signature.  I

13   have no contracts with him.  He has never been my attorney and

14   cannot speak for me.  It's just plain and simple as that, Your

15   Honor.

16        The Constitution and the laws of the United States which

17   shall be made in pursuance thereof and the treaties that are

18   made and which shall be made under the authority of the United

19   States shall be the supreme law of the land, and the judges in

20   every state shall be bound thereby.  Any Constitution of the

21   laws of any state to the contrary, notwithstanding the senators

22   or representatives before mentioned, the members of the several

23   state legislature, all executive and judicial officers, both

24   for the United States and of the several states, shall be bound

25   by oath or affirmation to support this Constitution, sir.

1          Sir, I'm protected by Article VI of the Constitution.  As

2     I stated before, if a judge proceeds where he or she does not

3     have jurisdiction, that judge has engaged in an act or acts of

4     treason.  *U.S. vs. Will*, 449 U.S. 200, 216, 101 S.Ct. 47166

5     L.Ed 2D2392406.  If a judge proceeds where he or she does not

6     have jurisdiction to act, that judge has engaged in the act or

7     acts of treason.  *Cohens vs. Virginia*, 19 U.S. 6, 264, 404.

8               THE COURT:  I'm going to leave Mr. --

9               MR. FLYNN:  Your Honor, if I could, and I'm speaking

10    for myself here.

11              THE COURT:  Right.

12              MR. FLYNN:  You know, obviously there has not been an

13    expressed waiver of counsel; however, it's clear that there's

14    been an implied waiver of counsel.

15         Mr. Cannon-Bey clearly doesn't want an attorney.  So I

16    know that's an issue before the Court.  That's the issue you're

17    trying to grapple with right now.

18         The law that I researched indicates that the Courts

19    certainly prefer an expressed waiver of counsel; however, I

20    think based -- if you took this record in its entirety, it's

21    pretty clear he doesn't want an attorney representing him.

22              THE COURT:  What I'm going to do is I'm going to

23    treat it as a waiver of having an attorney, what's been said;

24    however --

25              THE DEFENDANT:  Objection, sir.

```
 1            THE COURT:  Let me finish, then I'll listen -- you
 2   can make what record you want to make, Mr. Cannon-Bey, because,
 3   again, I've accommodated you on one thing, and that's the name.
 4   I'm being respectful to you.  I've been calling you by the name
 5   you choose to go by.  So just give me a moment, let me say what
 6   I'm going to say, then you'll have the floor at that point.
 7            THE DEFENDANT:  Yes, sir.
 8            THE COURT:  I'm going to find that Mr. Cannon-Bey has
 9   made, if not an explicit, an implicit thing that he wants to
10   represent himself, and whether this Court has jurisdiction or
11   not, but represent himself in those matters, and I'm going to
12   honor that; however, I'm going to appoint Mr. Flynn as standby
13   counsel in the case depending what happens.  And -- just a
14   minute.  Let me finish, then I'll give you all the time you
15   want.
16            THE DEFENDANT:  I'm sorry.
17            THE COURT:  And he'll be available for Mr. Cannon-Bey
18   to consult with, if Mr. Cannon-Bey wants to do that.
19        Your turn.
20            THE DEFENDANT:  Once again, Your Honor, I must
21   object.  Like I said before, I haven't hired him in the first
22   place.  He's never been my attorney.  So, therefore, waiving --
23   any waiving of him, I don't see how that's done because he's
24   never been hired by me.  I have no contracts with him.  He's
25   never been my attorney.  From day one, he's not my attorney.
```

```
 1    And as I stated before, I am protected by the Constitution of

 2    the United States and the treaties of the United States, which

 3    is the supreme law of the land.  If any doubts could exist

 4    before the establishment of the present national government,

 5    they should be entirely removed by the sixth article of the

 6    Constitution.  A treaty cannot be the supreme law of the land;

 7    that is, of all the United States.  If any act of a state

 8    legislature can stand in his way, Mayor vs. Hylton, 3Dall.199.

 9    Supreme Court reversed decision; therefore, the treaty is the

10    supreme law of the land and nullifies all codes, statutes,

11    ordinances, and resolutions.  Edye vs. Robertson, 112 U.S. 580;

12    therefore, I formally request and demand for a direct

13    acquittal, sir, and immediate dismissal on the grounds of lack

14    of jurisdictional subject matter, and I would ask you to ask

15    the U.S. Marshals to escort me from these premises and release

16    me to my liberties immediately, sir, for the U.S. Marshals also

17    do not have any contracts bearing my signature, Cannon-Bey,

18    that gives them the authority to hold me in their custody,

19    which is a violation of the 13$^{th}$ Amendment of involuntary

20    servitude.

21         For the last few times that I have appeared in the

22    courtroom, my constitutional rights under due process have been

23    violated repeatedly.  Agents of the United States Government

24    have repeatedly violated their constitutional oaths or

25    affirmations to support the Constitution.  The U.S. Marshals
```

1    have repeatedly interfered in my court proceedings, cutting the

2    microphone off on me when I try to speak, as far as moving the

3    microphone from in front of me, threatened me in the courtroom,

4    and trying to intimidate me in the court, all of which is clear

5    violations under the Constitution and of their constitutional

6    oaths to uphold and support the Constitution of the United

7    States.

8              THE COURT:  What the Court has indicated is, I'm

9    leaving it up to you to represent yourself during the course of

10   the trial.  I understand your position, but you're going to

11   represent yourself.  Mr. Flynn is only here for the purpose of

12   standby counsel should you want to use that.  You don't have to

13   use it at all.  There's no requirements to use it.  I

14   understand that you did not hire Mr. Flynn.  He was hired based

15   on your indigent status.  So Mr. Flynn now is not your

16   attorney.

17             THE DEFENDANT:  Okay.  Well, I still must object

18   because I'm not representing myself here today, sir.  I am not

19   on trial for anything.  I have not committed any crimes

20   according to my treaty with the United States Government.  As I

21   stated before, if you have my constitution and my treaty here

22   today, you will see that I have not broken any laws according

23   to my treaty or the Constitution with the United States

24   Government.  And I am a part of the Continental United States.

25   As I said before, I am an American citizen with full sovereign

```
 1    rights and immunities of an indigenous aboriginal nation.  And,

 2    therefore, until this Court can show cause, just cause, and

 3    show an injured party in this matter who are pressing charges

 4    against me as I have injured someone or that -- or that the

 5    Court basically, as I said before, has no jurisdiction in this

 6    matter to proceed in any form or matter according to my

 7    constitution.  As I said before, by me having a treaty, this

 8    need to be a court of general sessions, congressionally

 9    sanctioned.

10         Right now I formally request for the record, and let the

11    record show that I formally request that this Court produce

12    physical documented delegation of authority as proof of

13    jurisdiction as required by law per Article III, Section 1,

14    United States Constitution.  If this Court cannot do so, as I

15    stated before, I formally request and demand for a direct

16    acquittal, immediate dismissal.  And I formally request and

17    demand that you have the U.S. Marshals, who does not have a

18    contract bearing my signature, Cannon-Bey, that gives them

19    authority to hold me in their custody, to release me, escort me

20    from these premises, and release me immediately to my

21    liberties, sir.

22              THE COURT:  You're going to be given the time to

23    submit all those documents you want to submit during your trial

24    to prove the issues you're trying to prove, to the extent

25    they're relevant to the charges in this case.  That's going to
```

```
 1    happen.  If you have it, and it's relevant, you can submit

 2    those documents, and the jury can consider the documents.

 3         Let me go on, though, real quick.

 4         With regards to conduct of the trial, it's your choice

 5    whether you stand or don't stand.  That's your right.  You can

 6    do what you want to do on that thing.  You have your views

 7    about the judicial system, as you just indicated at length, and

 8    you're entitled to them.  I'm not here to convince you to

 9    change your views whatsoever.  Those are your views.  You have

10    a right to those views; however, I am here to make sure that

11    both you have a fair trial and your rights are protected.  I'm

12    also here to make sure the Government's rights are protected.

13    I'm also here to make sure that the rights of the public are

14    protected.  And also I'm here to make -- to ensure that there's

15    not an undue delay in your trial.  I'm assuming that during the

16    trial, you'll conduct yourself as you deem necessary, but you

17    will not do it in a disruptive manner.  Do we have an agreement

18    on that part of it?

19              THE DEFENDANT:  My statement to that, sir, is that,

20    as I stated already for the record numerous times, that this

21    Court cannot proceed with any trials.  When there's no proper

22    jurisdiction of venue, no legal or lawful trial can take place.

23    This Court is not a court of general sessions congressionally

24    sanctioned in nations, constitutions, and treaties, is it?

25              THE COURT:  Do you understand if you become
```

1    disruptive, though, one alternative which I do not take

2    lightly, but one alternative to me may only be -- actually, I

3    say alternative.  The only alternative available to me may be

4    remove you from the courtroom.  Do you understand that, during

5    the trial, at least while the disruptive part takes place?  Do

6    you understand that?

7             THE DEFENDANT:  I just asked you a question, sir.

8             THE COURT:  Well, I just made a statement to you.

9             THE DEFENDANT:  Right.  But I asked you a question

10   before you made your statement.  Would you answer my question

11   first, and then I'll be glad to answer your question.

12            THE COURT:  Ask your question again.

13            THE DEFENDANT:  Is this Court a court of general

14   sessions congressionally sanctioned in nations, constitutions,

15   and treaties?

16            THE COURT:  This Court's a constitutional court under

17   the United States Constitution and exercises those powers

18   expressly given to the Court.

19            THE DEFENDANT:  Okay.  Can you present physical

20   documented delegation of authority as proof of jurisdiction as

21   required by Article III, Section 1, United States Constitution?

22            THE COURT:  Quite simply there's no obligation at

23   this point to do that.

24            THE DEFENDANT:  Okay.  Then this Court cannot proceed

25   to any trials without doing so, sir, because I have brought it

1    up.  It is an issue that is placed on the floor right now.  The

2    issue on the floor is subject matter jurisdiction, which I say,

3    for the record, that this Court does not have any subject

4    matter jurisdiction.  This Court does not have a personal

5    jurisdiction, and this is the wrong venue.

6           THE COURT:  The Court's already found it has

7    jurisdiction to which you disagree.  I understand that.  But

8    the Court has found it has jurisdiction and intends to proceed

9    based on the fact the Court has jurisdiction.  You can raise --

10          THE DEFENDANT:  Jurisdiction cannot be sustained by a

11   lower court, sir.  It cannot entertain or decide claims of

12   conflict in federal law, state law.  *Hagans vs. Lavine*.  This

13   Court cannot determine conflicts and disputes in federal law,

14   sir, or international law.  It cannot do it.

15          THE COURT:  This case is going to proceed to trial on

16   December the 7th at 10:00 a.m.  We're going to have another

17   status conference Friday -- if you can set that up -- Friday

18   before the trial.  And then we'll have another one the morning

19   of the trial, and you can re-raise your issues.

20      Anything, Mr. Stewart?

21          MR. STEWART:  Your Honor, we also have a pretrial

22   conference scheduled that traditionally the lawyers appear at.

23   Will the Court be ordering Mr. Cannon to be presented for that

24   pretrial conference before the magistrate judge?

25          THE COURT:  The answer is yes.  And Magistrate Judge

```
 1    Rodovich can handle that the way he deems appropriate.

 2         Mr. Flynn, anything else on your own behalf?

 3              MR. FLYNN:  No, Your Honor.

 4              THE COURT:  Okay.  Mr. Bey, anything else?

 5              THE DEFENDANT:  Yes, sir.  Once again, I would like

 6    to be set at my liberties, sir, and released from here

 7    immediately for the United States Marshals do not have any

 8    contracts bearing my signature giving them -- that my

 9    authorization to hold me in their custody, which is a violation

10    of the Constitution under the 13th Amendment.  Their

11    involuntary servitude would not be allowed.

12         Also, as I stated before, this Court needs to present

13    physical documented delegation of authority as proof of

14    jurisdiction under Article III, Section 1 of the United States

15    Constitution.  It -- also, my issue on the floor before this

16    Court could proceed to do anything, would be to prove

17    jurisdictional subject matter, would be to prove its personal

18    jurisdiction, and to prove that it is -- that it is the proper

19    venue.  As I stated before, under Article VI of the United

20    States Constitution, the Supreme Court has original

21    jurisdiction in these matters, sir.

22              THE COURT:  The Court -- Mr. Bey is remanded to --

23    Mr. Cannon-Bey is remanded to the United States Marshal, and

24    this court hearing today is concluded.

25              THE DEFENDANT:  Thank you, sir.
```

```
 1              THE COURT:  See you next week.

 2              THE DEFENDANT:  Have a nice day.

 3              THE COURT:  Not next week.  It's the week -- Friday

 4    before.  You too.  You have a good time, too.

 5         (Hearing concluded.)

 6

 7

 8

 9

10

11                   CERTIFICATE OF REPORTER

12        I, Richard D. Ehrlich, a Registered Merit Reporter and

13    Certified Realtime Reporter, certify that the foregoing is a

14    true, complete, and accurate transcript of the proceedings

15    ordered to be transcribed in the above-entitled case before the

16    Honorable Joseph Van Bokkelen, in Hammond, Indiana, on November

17    15, 2011.

18    s/Richard D. Ehrlich                    December 19, 2011
                                            _____
19    Richard D. Ehrlich, Official Court Reporter        Date

20

21

22

23

24

25
```