UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
        Plaintiff

v.                           Case Number 2:11cr16-001

                                    USM Number 11518-027

CHRISTOPHER H CANNON
        Defendant

                                      JEROME T FLYNN - FCD
                                      Defendant's Attorney

_____

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** was found guilty on count one of the Indictment by jury verdict on 12/8/2011.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 18:472 KNOWINGLY AND WITH INTENT TO DEFRAUD PASS FALSELY MADE AND COUNTERFEIT OBLIGATIONS OF THE UNITED STATES, TO WIT: FEDERAL RESERVE NOTES IN THE DENOMINATION OF FIFTY DOLLARS WITH THE INTENT THAT THE SAME BE PASSED AND USED AS TRUE AND GENUINE UNITED STATES CURRENCY. | June 10, 2010 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

December 5, 2012
Date of Imposition of Judgment

s/ Joseph S. Van Bokkelen
Signature of Judge

Joseph S. Van Bokkelen, United States District Judge
Name and Title of Judge

December 14, 2012
Date

USDC IN/ND case 2:11-cr-00016-JVB-APR   document 103   filed 12/14/12   page 2 of 7

Defendant: CHRISTOPHER H CANNON                                                                                           Page 2 of 7
Case Number: 2:11cr16-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 months**.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated in a federal facility as close to **Chicago, Illinois** as possible.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____
_____, with a certified copy of this judgment.

 

                                                          UNITED STATES MARSHAL

By:_____
                              DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years.**

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall submit to one drug/breathalyzer test within 15 days of release from imprisonment and up to six periodic drug/breathalyzer tests per month thereafter, as determined by the probation officer.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Defendant: CHRISTOPHER H CANNON  Page 4 of 7
Case Number: 2:11cr16-001

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the Court or probation officer.
2. The defendant shall report to the probation officer in the manner and as frequently as directed by the Court or probation officer.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support his dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer within ten (10) days of any change in residence or employment.
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule

The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

Defendant: CHRISTOPHER H CANNON                                                                                     Page 6 of 7
Case Number: 2:11cr16-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | NONE | $6,000 |

### FINE

No fine imposed.
The Court finds that the defendant is unable to pay a fine.

### RESTITUTION

The defendant shall pay restitution in the amount of $6,000 to United States District Court Clerk's Office, 5400 Federal Plaza, Hammond, IN 46320 which shall be due immediately to be disbursed to Sears.  Restitution is due in full immediately.  If the defendant cannot pay restitution in full immediately, then it shall be paid at the minimum rate of $50.00 per month commencing 30 days after placement on supervision until said amount is paid in full.

Defendant: CHRISTOPHER H CANNON  Page 7 of 7
Case Number: 2:11cr16-001

Name:     CHRISTOPHER H CANNON

Docket No.:     2:11cr16-001

ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein.  These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed)
_____    _____
     Defendant                                                                                  Date


_____    _____
     U.S. Probation Officer/Designated Witness                      Date